UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DONALSON, | No. 2:11-cv-3429 LKK AC P |
| Petitioner, | |
| v. | ORDER |
| AREF FAKHOURY, | |
| Respondent. | |

The state court record lodged in this case on June 19, 2012 does not include the transcript of the Marden hearing that was held in Sacramento County Superior Court on September 13, 2006.  See 3 RT 742-760 (ordered sealed and omitted from transcript).  Respondent is hereby ordered to submit the missing portion of the transcript for lodging under seal, and to file a Request to Seal pursuant to Local Rule 141, within seven days.  Respondent shall also provide a courtesy copy of Marsden hearing transcript to the chambers of the undersigned within seven days.

DATED: June 23, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1