UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DONALSON, | No. 2:11-cv-3429 LKK AC P |
| Petitioner, | |
| v. | ORDER |
| AREF FAKHOURY, | |
| Respondent. | |

Respondent has provided a prompt but deficient response to the court's order (ECF No. 23) directing him to lodge the sealed transcript of the Marsden hearing from petitioner's trial. See Rule 5(c), Rules Governing Section 2254 Cases (court may order that respondent furnish any part of existing transcripts). Respondent has submitted for sealing a highly redacted transcript of the September 13, 2006 Marsden hearing, with the explanation that the transcript was redacted by the court clerk of the Third District of the California Court of Appeal "in accordance with petitioner's claim of continued confidentiality of portions of the transcript" and pursuant to a former state rule of court. See ECF No. 24. Respondent further informs the court that the state court rules now in effect require public filing of such transcripts. Id.

It is respondent's responsibility to provide this court with a complete copy of the state court record. See Local Rule 190(f); see also 28 U.S.C. 2254(g) (entire state court record admissible). This court cannot perform the review required under 28 U.S.C. § 2254 without

1

1 access to all relevant portions of the trial record.  Respondent's duty is not discharged in this
2 circumstance by providing copies of the transcripts as they were provided to counsel, which have
3 been redacted to protect petitioner's confidentiality rights vis-à-vis the State.  Rather, respondent
4 must arrange for this court to be furnished with all state court records required by the Local Rules
5 and by this court's previous order.  That includes a complete and unredacted copy of the <u>Marsden</u>
6 hearing (RT 742-760).

7 Respondent must immediately proceed with any steps necessary to provide this court with
8 an unredacted <u>Marsden</u> transcript.  If that transcript has been unsealed or becomes unsealed in the
9 California Court of Appeal, respondent need not request sealing in this court.  If the transcript
10 remains under seal in state court, respondent shall comply with Local Rule 141.  In either case the
11 transcript shall be lodged, and a courtesy copy provided to chambers, within fourteen days.

12 IT IS SO ORDERED.

13 DATED: June 25, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE