UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DONALSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>AREF FAKHOURY,<br><br>　　　　　Respondent. | No. 2:11-cv-3429 LKK AC P<br><br><br><br>AMENDED ORDER |

The Order at ECF No. 25 is HEREBY AMENDED as follows:

Respondent shall make the necessary arrangements, pursuant to this court's Order filed June 25, 2014, to provide the court with unredacted transcripts of *all* Marsden proceedings conducted in the course of petitioner's trial and omitted from the lodged trial transcripts, including the proceedings of May 25, 2006; August 11, 2006; August 30, 2006; August 31, 2006; September 12, 2006; September 13, 2006; October 27, 2006; November 29, 2006; and March 2, 2007.

IT IS SO ORDERED.

DATED: June 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1